UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,

     Plaintiff,

    v.

JOHN DOE,

     Defendant.

Case No.  15-cv-02719-WHO (PR)

**ORDER OF DISMISSAL**

    Plaintiff Martin Ontiveors has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00.  Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, Ontiveors may move to reopen the action.  Any such motion **must** contain a complete IFP application **or** full payment for the $400.00 filing fee.

    The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:**  August 3, 2015



WILLIAM H. ORRICK
United States District Judge

*United States District Court*
*Northern District of California*