UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,

    Plaintiff,

  v.

ST. CLAIR, et al.,

    Defendants.

Case No. 15-cv-02719-WHO (PR)

**ORDER REOPENING ACTION;**

**ORDER OF TRANSFER**

This federal civil rights action was dismissed because plaintiff Martin Ontiveors failed to comply with the Court's instructions to file a complaint. He has since filed one. Accordingly, the action is REOPENED, and the Clerk shall modify the docket to reflect this. The judgment (Docket No. 16) and the order of dismissal (Docket No. 15) are VACATED.

Ontiveors's claims arise from events that occurred at the Sierra Conservation Center in Tuolumne County, which is in Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there and because the named defendants reside there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 13, 2015

_____
WILLIAM H. ORRICK
United States District Judge